UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Ft. Myers Division

| | |
|---|---|
| LYNDA WHITMAN and GLEN WHITMAN, | ) Case No. 2:23-cv-01186 |
| Plaintiffs, | ) Jury Trial: No |
| v. | ) |
| CITIZENS PROPERTY INSURANCE CORPORATION, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiff by and through the undersigned attorney, and hereby provides notice to the Court that Plaintiff wishes to voluntarily dismiss the claim without prejudice.

**WHEREFORE**, the undersigned party hereby advises the Court that this lawsuit is hereby dismissed without prejudice.

Respectfully submitted on January 24, 2024.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served by electronic mail via the Florida Courts e-filing Portal to all parties and designated primary and secondary e-mail addresses provided for thereon on January 24, 2024.

**PROPERTY CLAIMS ATTORNEYS, PLLC**
*Attorneys for Plaintiffs*
1106 Thomasville Road, Suite C
Tallahassee, Florida 32303
(p) 850-583-5382

*/s/ Dale S. Shelton*
Dale S. Shelton, Esq.

1

Fla. Bar No. 113113
(e) dale@propertyclaims.law

*/s/ Charles P. Pearson*
Charles P. Pearson, Esq.
Fla. Bar No.116032
(e) cppearson@propertyclaims.law

2